UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALISSA M. SNEED

       Plaintiff,

vs.                                 C.A. No.  12-cv-15203
                                    Honorable Robert H. Cleland

SOCIAL SECURITY, Commissioner of

       Defendant.
_____/

## ORDER GRANTING 406b ATTORNEY FEES

This matter comes before the Court on petition of Kenneth F. Laritz for an award of 406b attorney fees.

And the Court, having read the petition for approval of section 406b attorney fees and the supplement to the petition and being duly advised, hereby orders that:

**IT IS HEREBY ORDERED** that KENNETH F. LARITZ, is awarded an attorney fee of $13,491.00 for services performed at the U.S. District Court level.  It is further ordered that Kenneth F. Laritz refund the amount of $3,500.00 to the plaintiff, Alissa Sneed, which represents funds received pursuant to the EAJA.

IT IS SO ORDERED.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            U.S. DISTRICT JUDGE

DATED: September 29, 2015